UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
|         Plaintiff, ) | CV-11-082-JLQ |
| vs. ) | |
| $5,308.53 U.S. CURRENCY, ) | Default Judgment of Forfeiture |
|         Defendant. ) | |

Plaintiff, United States of America filed its Verified Complaint for Forfeiture In Rem on February 25, 2011, for forfeiture of the Defendant property. ECF No. 1.

On March 8, 2011, the United States Marshals Service executed the Warrant of Arrest In Rem. The returned warrant was filed with the Court under the above cause number on March 17, 2011. ECF No. 4.

On March 22, 2011, Claudia Sanchez was served, via certified and regular U.S. mail, with a copy of the Verified Complaint for Forfeiture In Rem, Warrant of Arrest In Rem, and Notice of Complaint for Forfeiture, as reflected in the Certificate of Service of Notice by Mail filed with the Court on March 22, 2011. ECF No. 5. The Notice specifies the claim requirements under Rule G and also sets forth the claim deadline. Based upon the March 22, 2011, direct notice service date, the last date to file a timely claim was April 26, 2011. To date, no claim or response has been received from Claudia Sanchez.

On March 22, 2011, Gabriel Medina was served, via certified and regular U.S. mail, with a copy of the Verified Complaint for Forfeiture In Rem, Warrant of Arrest In Rem, and Notice of Complaint for Forfeiture, as reflected in the Certificate of

Default Judgment of Forfeiture - 1

Service of Notice by Mail filed with the Court on March 22, 2011. ECF No. 6. The Notice specifies the claim requirements under Rule G and also sets forth the claim deadline. Based upon the March 22, 2011, direct notice service date, the last date to file a timely claim was April 26, 2011. To date, no claim or response has been received from Gabriel Medina.

In accordance with Fed. R. Civ. P. Rule G(4)(a)(iv)(C), Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, notice of civil forfeiture was posted on an official government website, www.forfeiture.gov, beginning March 18, 2011. ECF No. 8. Based upon the internet publication start date of March 18, 2011, the last date to file a timely claim was May 17, 2011.

No valid or timely claim of interest has been received or filed with the Court from Claudia Sanchez, Gabriel Medina, or from any other person or entity, and the time allowed for filing of such a claim has expired.

On June 2, 2011, the United States filed its Notice(s) of Motion for Default, which were served via certified mail, return receipt requested, upon Claudia Sanchez and Gabriel Medina. ECF No. 9 and 10. No response was filed.

On June 17, 2011, the United States filed its Motion(s) for Default, which were served via regular and certified U.S. mail, return receipt requested, upon Claudia Sanchez and Gabriel Medina. ECF No. 13 and 15. No opposition or response was filed and Orders of Default were entered by the Clerk on June 20, 2011. ECF No. 16 and 17.

Now, therefore on motion by the Plaintiff, United States of America, for a Default Judgment for Forfeiture, it is **HEREBY ORDERED**, as follows:

1. Pursuant to 21 U.S.C. § 881(a)(6), the Defendant $5,308.53 U.S. Currency is forfeited to the United States of America, and no right, title, or interest in the Defendant currency shall exist in any other party.

2.    The United States Marshals Service shall dispose of the above-described Defendant assets in accordance with law.

The Clerk of the Court is directed to enter this Order, provide copies to counsel and the U.S. Marshals Service, and close this file.

DATED this 29th day of July, 2011.

                s/ Justin L. Quackenbush
                JUSTIN L. QUACKENBUSH
         SENIOR UNITED STATES DISTRICT JUDGE